IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KRISTINA DERRICK, | § § § § | |
| Plaintiff, | | |
| v. | § § § | CIVIL ACTION NO. 1:14-cv-328 |
| TOYOTA MOTOR CORPORATION AND TEXAS DEPARTMENT OF TRANSPORTATION | § § § § | JURY DEMANDED |
| Defendants. | § § § | |

## TOYOTA MOTOR CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Defendant, Toyota Motor Corporation, through its counsel, Bowman and Brooke LLP, certifies that there is no parent company of Toyota Motor Corporation ("TMC").

It is further certified that no publicly held corporation owns ten (10) percent or more of TMC's stock.

Respectfully submitted,

 /s/ J. Karl Viehman
**J. KARL VIEHMAN – LEAD COUNSEL**
State Bar No. 20579390
karl.viehman@bowmanandbrooke.com
**FRED C. HUNTSMAN**
State Bar No. 24041155
fred.huntsman@bowmanandbrooke.com

**BOWMAN AND BROOKE LLP**
2501 North Harwood Street, Suite 1700
Dallas, TX 75201
Telephone 972.616.1700
Telecopier 972.616.1701

**ATTORNEYS FOR DEFENDANT
TOYOTA MOTOR CORPORATION**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in accordance with the Federal Rules of Civil Procedure on the 16th day of April 2014

          */s/ J. Karl Viehman*